UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MAREZ,<br><br>        Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, et al.,<br><br>        Defendants. | Case No.  1:22-cv-01063-JLT-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF ONLY DEFENDANTS ROBERT BELTRAN AND ANDREW ZARAGOSA<br><br>(ECF No. 10) |

On October 17, 2022, the parties filed a stipulation of dismissal without prejudice as to only Defendants Robert Beltran and Andrew Zaragosa, with the parties to bear their own fees and costs. (ECF No. 10). In light of the parties' stipulation, the case against only Defendants Robert Beltran and Andrew Zaragosa has ended and is dismissed without prejudice, with the parties to bear their own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of Court is respectfully directed to designate on the docket that Robert Beltran and Andrew Zaragosa have been terminated as defendants in this case.

IT IS SO ORDERED.

Dated:  **October 18, 2022**                    /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

1