1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MAREZ, | Case No.   1:22-cv-01063-JLT-EPG |
| Plaintiff, | |
| v. | ORDER GRANTING MOTIONS TO WITHDRAW AND SUBSTITUTE COUNSEL, GRANTING MOTION TO EXTEND DEADLINES TO EXCHANGE INITIAL DISCLOSURES AND RESPOND TO MOTION TO DISMISS |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | (ECF Nos. 21, 27, 29) |

Plaintiff generally alleges employment-discrimination claims in this civil action. (ECF No. 1). Now before the Court are three motions: (1) Attorney Alexander Cabeceiras moves to withdraw as counsel (ECF No. 21); (2) because Attorney Cabeceiras seeks to withdraw as counsel, he has also filed a motion to extend the deadlines to exchange initial disclosures and for Plaintiff to respond to Defendant's motion to dismiss to June 2, 2022 (ECF No. 27); and (3) Plaintiff moves to substitute Attorney Corey Bennett as counsel for Attorney Cabeceiras (ECF No. 29).

Upon review, IT IS ORDERED as follows:

1. The motions to withdraw (ECF No. 21) and substitute counsel (ECF No. 29) are granted. *See* Local Rule 182(g). The Clerk shall terminate Attorney Cabeceiras as counsel of record for Plaintiff.

2. The May 19, 2023 hearing on the motion to withdraw as counsel (ECF Nos. 21, 23) is vacated.

3. The motion to extend the deadline for Plaintiff to exchange initial disclosures and to respond to Defendant's motion to dismiss is granted. (ECF No. 27). The deadlines to exchange initial disclosures and for Plaintiff to respond to Defendant's motion to dismiss are extended to June 2, 2022.

IT IS SO ORDERED.

Dated:   **May 11, 2023**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE