UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARTHUR MAREZ, | Case No. 1:22-cv-01063-JLT-EPG |
|---|---|
| Plaintiff, | ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | (ECF No. 63). |
| Defendant. | |

There no longer being any pending or proposed Federal claims in this case, the Court ordered Plaintiff to show cause why the Court should not decline supplemental jurisdiction over the case. (ECF No. 62). In response, the parties have filed a stipulation, stating as follows:

> In response to this OSC, the parties met and conferred and determined that Plaintiff will dismiss his pending action without prejudice and re-file his claims in the Superior Court of California, County of Fresno, with both sides reserving all claims and defenses. Plaintiff agrees that he will re-file his claims against Defendant Pacific Gas and Electric Company only, and will not assert claims against the previously dismissed individuals, Robert Beltran and Andrew Zaragosa;
>
> As such, the parties stipulate to the Court's dismissal of this action without prejudice, and that Plaintiff will promptly file his case in state court.

(ECF No. 63, p. 3).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice.

1

Accordingly, the Clerk of Court is directed to terminate all pending dates, deadlines and motions, including the motion to amend the complaint (ECF No. 51), and to close this case.

IT IS SO ORDERED.

Dated: __**October 28, 2024**__              /s/ Erica P. Grosjean
                                                                           UNITED STATES MAGISTRATE JUDGE